UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Douglas W. McLaren

    v.                                        Civil No. 09-cv-172-PB

Tracy Warren

**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $5.00 is due no later than June 27, 2009. In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by the Strafford County Department of Corrections when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    SO ORDERED.

                                             /s/ James R. Muirhead
                                             James R. Muirhead
                                             United States Magistrate Judge

Date: May 27, 2009

cc:   Douglas W. McLaren, *pro se*
       Bonnie S. Reed, Financial Administrator
       Strafford County Department of Corrections, Inmate Accounts