```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>Douglas W. McLaren</u>

    v.                              Case No. 09-cv-172-PB

<u>Tracy Warren</u>

### O R D E R

I recuse myself from presiding over this matter and direct the clerk to assign the case to another judge.

SO ORDERED.

                                           /s/Paul Barbadoro
                                           Paul Barbadoro
                                           United States District Judge

November 5, 2009

cc:   Douglas W. McLaren, pro se
       Corey M. Belobrow, Esq.