UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Douglas W. McLaren</u>

       v.                    Civil No. 09-cv-172-JD

<u>Tracy Warren</u>


<u>O R D E R</u>


    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 5, 2009, no objection having been filed.

    SO ORDERED.


December 10, 2009                 <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                               Joseph A. DiClerico, Jr.
                                               United States District Judge


cc:    Douglas W. McLaren, pro se
       Corey M. Belobrow, Esq.