```
              UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Douglas McLaren

       v.                       Civil No. 09-cv-172-JD

Tracy Warren

## **PRETRIAL ORDER**

**TYPE OF TRIAL**:  Jury

**TRACK ASSIGNMENT**:  Standard

**DEMAND**:  Amount plaintiff requests for settlement is to be communicated by March 1, 2010.

**OFFER**:  Defendant's settlement offer by April 15, 2010.

**DISPOSITIVE MOTIONS**:   Motion to dismiss deadline: April 1, 2010.
                              Motions for summary judgement deadline: September 1, 2010.

### **DISCOVERY SCHEDULE**

**DISCOVERY LIMITATIONS:**
    Interrogatories per side: 50
    Requests for documents per side: 50
    Depositions: 10 per side

**Dates of Disclosure of Experts and Experts' Written Reports**:

    **Plaintiff**: April 1, 2010    **Defendant**:  June 1, 2010

**Completion of Discovery**:  September 1, 2010

>   **Final Pretrial Statements Due**:  Ten (10) days before Final Pretrial.  (Due date for final pretrial statements and date and time for final pretrial will be included in the trial notice sent in advance of the definite trial date.)

**Trial Date**:  January 10, 2011

**Estimated Length of Trial**:   4 days

>   **SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:  December 28, 2009

cc:    All Counsel of Record