UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Douglas W. McLaren

        v.                     Civil No. 09-cv-172-JD

Tracy Warren, et al.


O R D E R

In reference to the Second Amended Complaint filed on January 5, 2010, unless and until the plaintiff provides completed summonses with last names, no one other than defendant Tracy Warren can be served, and the unnamed defendants will not be added to the case until they have been served.

SO ORDERED.

January 8, 2010                               */s/ James R. Muirhead*
                                                    James R. Muirhead
                                                    United States Magistrate Judge

cc:     Douglas W. McLaren, pro se
         Corey M. Belobrow, Esq.