# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Douglas W. McLaren</u>

     v.                                                                                             Civil No. 09-cv-172-JD

<u>Tracy Warren</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

     Plaintiff's Motion for Proposed Expert Testimony, Written Reports, Document #46, in the above-captioned case contains one or more personal identifiers listed in the attachments. Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Motion. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Motion, the clerk shall limit remote access accordingly pursuant to the Motion for Proposed Expert Testimony, Written Reports.

     **SO ORDERED**.

                                                            <u>*/s/ James R. Muirhead*</u>
                                                            James R. Muirhead
                                                            United States Magistrate Judge

Date:  March 25, 2010

cc:     Douglas McLaren, pro se
         Corey Belobrow, Esq.